# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GERTRUDE H. ALLEN, *an individual*; and MARIANNE E. ALLEN, LAURIE L. ALLEN, and RONALD WM. COLE, *as Trustees of 1988 Trust for Allen Children on behalf of themselves and all others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>LEGAL & GENERAL AMERICA, INC.; BANNER LIFE INSURANCE CO.; FIRST AMERICAN INSURANCE UNDERWRITERS, INC.; and JONATHAN GOLDSTEIN<br><br>*Defendants*. | Civil Action No. RDB-20-175 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is this 30th day of September, 2024, HEREBY ORDERED that:

1. Defendants' Motions to Dismiss and Supplemental Memorandum (ECF Nos. 114, 115, 116, 149) are GRANTED;

2. The operative Supplemented First Amended Class Action Complaint (ECF No. 148) is DISMISSED WITH PREJUDICE;

3. Plaintiffs' Motion for Leave to File Second Amended Class Action Complaint (ECF No. 123) is DENIED;

4. The Clerk of Court shall CLOSE this case; and

1

5. The Clerk of Court shall transmit copies of this Order and accompanying Memorandum Opinion to counsel.

/s/
Richard D. Bennett
United States Senior District Judge